AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br> MIRVAT EL-NADY BOWER <br><br> _Defendant_ | ) ) ) ) ) <br> Case No.  2009-mj-0536-RBC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  08/11/2009  in the county of  Suffolk  in the  _____  District of  Massachusetts  , the defendant violated  18  U. S. C. §  1204(a)  , an offense described as follows:

International Parental Kidnapping

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

John C. Ennis, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date:  DEC - 1 2009

_____
Judge's signature

City and state:  Boston, Massachusetts

Robert B. Collings, United States Magistrate Judge
Printed name and title

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210